IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 3:22-CR-29 |
| | : | |
| CORRY BETH PURCELL, | : | |
| | : | |
| Defendant | : | |
| | : | |

### ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the

Court that Case No. 3:22-CR-29, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:22-CR-29, be unsealed.

SO ORDERED, this _13th_ day of January, 2023.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

MICHAEL MORRISON   Digitally signed by MICHAEL MORRISON
Date: 2023.01.13 13:19:19 -05'00'
_____
MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY