# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:22-CR-29-CAR-CHW |
| CORRY BETH PURCELL, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Corry Beth Purcell's Unopposed Motion to Continue [Doc. 21] the pretrial conference scheduled for March 8, 2023, and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On December 15, 2022, the Grand Jury returned a three-count indictment charging Defendant with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Distribution of Methamphetamine, and Possession of a Firearm During and in Relation to a Drug Trafficking Crime. On January 25, 2023, Defendant was arrested, appointed counsel, pled not guilty at her arraignment, and ordered detained pending trial. This is Defendant's first request for a continuance, and the Government does not oppose it.

In the Motion, Defense Counsel represents that she has received the Government's discovery, and additional time is needed for counsel to review the discovery with Defendant and investigate any possible defenses that may arise. Having considered the

matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 21] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 24th day of February, 2023.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
