# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CORRY BETH PURCELL,**<br><br>　*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:22-cr-00029-TES-CHW-1** |

## ORDER GRANTING MOTION TO CONTINUE
## TRIAL IN THE INTERESTS OF JUSTICE

　　Before the Court is Defendant Corry Beth Purcell's Motion to Continue [Doc. 24] the pretrial conference scheduled for April 24, 2023, and the trial, which is set to begin on June 12, 2023. [Doc. 24, p. 1]. On December 15, 2022, the Grand Jury returned a three-count indictment charging Defendant with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Distribution of Methamphetamine, and Possession of a Firearm During and in Relation to a Drug Trafficking Crime. *See generally* [Doc. 1]. On January 25, 2023, Defendant was arrested, appointed counsel, pled not guilty at her arraignment, and ordered detained pending trial. [Doc. 14]; [Doc. 15]; [Doc. 16]; [Doc. 18]. This is Defendant's second request for a continuance. *See* [Doc. 21].

　　Defendant states that there is a need for "ongoing negotiations with the [G]overnment, as to a plea agreement" that "warrant finding excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*" [Doc. 24, p. 2]. Having

reviewed Defendant's reasons for a continuance, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Motion to Continue Trial [Doc. 24] and **CONTINUES** this case until its Trial Term beginning August 7, 2023. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 6th day of April, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**